# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., a Delaware corporation; FUTUREWEI TECHNOLOGIES, INC., d/b/a HUAWEI TECHNOLOGIES (USA), a Chinese corporation; HUAWEI DEVICE CO., LTD., a Chinese corporation; HTC AMERICA, INC., a Washington Corporation; LENOVO, INC., a Delaware corporation; MOTOROLA MOBILITY, INC., a Delaware corporation; DELL ELECTRONICS NORTH AMERICA CORPORATION; a Delaware corporation; SANYO NORTH AMERICA CORPORATION, a Delaware corporation; SONY ELECTRONICS, Inc., a Delaware corporation; SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC., a Delaware corporation; SONY ERICSSON MOBILE COMMUNICATIONS AB, a Swedish corporation; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.;<br><br>Defendants. | CASE NO. 6:11CV00391-LED<br><br>**JURY DEMANDED** |

## ORDER OF DISMISSAL

On this day came to be considered the Joint Stipulation of Dismissal with Prejudice as to Defendant Dell Inc. ("Dell"), and the Court being of the opinion that the same should be granted, it is therefore,

ORDERED, ADJUDGED, and DECREED that the Stipulation of Dismissal is GRANTED and Advanced Display Technologies of Texas, LLC's ("Advanced Display") claims against Dell are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 11th day of September, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**