IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § CASE NO. 6:11-CV-391 |

## FINAL JUDGMENT

Pursuant to the Orders granting the parties' Joint Motions to Dismiss, the Court hereby enters Final Judgment. On August 1, 2011, Plaintiff Advanced Display Technologies of Texas, LLC ("Advanced Display") filed suit against Dell, Inc., Futurewei Technologies, Inc. d/b/a Huawei Technologies (USA), HTC Corporation, Lenovo, Inc., Motorola Mobility Holdings, Inc., Philips Electronics North America Corporation, Sanyo North America Corporation, Sony Corporation of America, Sony Ericsson Mobile Communications (USA), Inc., and Sony Ericsson Mobile Communications AB. On August 16, 2011, Plaintiff filed an amended complaint adding HTC America, Inc., Motorola Mobility, Inc., Sony Electronics, Inc., and Toshiba America Information Systems, Inc. as defendants. On August 6, 2012, Plaintiff filed a third amended complaint adding Huawei Device Co., Ltd. as defendant. By agreement of the parties, all Defendants have been dismissed: Motorola Mobility Holdings, Inc. (Docket No. 15); HTC Corporation (Docket No. 16); Sony Ericsson Mobile Communications AB (Docket No. 107);

Philips Electronics North America Corporation (Docket No. 239); Dell, Inc. (Docket No. 244); Sony Electronics, Inc. and Sony Ericsson Mobile Communications (USA), Inc. (Docket No. 249); Lenovo, Inc. (Docket No. 273); Sanyo North America Corporation (Docket No. 283); Toshiba America Information Systems, Inc. (Docket No. 284); HTC America, Inc. (Docket No. 287); Futurewei Technologies, Inc. d/b/a Huawei Technologies (USA) and Huawei Device Co., Ltd. (Docket No. 289); and Motorola Mobility, Inc. (Docket No. 291).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 9th day of April, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**